UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROMERO (1),<br>KEVIN GONZALEZ-MARTINEZ (2),<br>MARIO NAVARRETE WILSON (3),<br><br>Defendants. | Case No. __23-mj-3901__<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sec. 922(a)(1)(A) - Engaging in the Business of Dealing Firearms Without a License;<br>Title 26, U.S.C., Sec. 5861(e) - Transfer of Firearm in Made in Violation of National Firearm Act;<br>Title 18 U.S.C. Sec. 924(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime;<br>Title 21 U.S.C. 841 - Possession of cocaine with Intent to Distribute; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |

The undersigned complainant being duly sworn states:

Count 1

Engaging in the Business of Dealing Firearms Without a License

[18 U.S.C. § 922(a)(1)(A)]

Beginning no later than January 12, 2023 and continuing until at least October 25, 2023 within the Southern District of California, defendant MICHAEL ROMERO not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

Count 2

Engaging in the Business of Dealing Firearms Without a License

[18 U.S.C. § 922(a)(1)(A)]

Beginning no later than June 22, 2023 and continuing until at least October 25, 2023 within the Southern District of California, defendant KEVIN GONZALEZ-MARTINEZ not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in

the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

## Count 3

Transfer of a Firearm Made in Violation of the National Firearms Act (NFA)

[Title 26, U.S.C. § 5861(e)]

On September 25, 2023, in the Southern District of California, defendant MICHAEL ROMERO knowingly and unlawfully transferred a rifle with a barrel measuring less than sixteen (16) inches in length, in violation of Title 26, U.S.C, Section 5861(e).

## Count 4

Transfer of a Firearm Made in Violation of the National Firearms Act (NFA)

[Title 26, U.S.C. § 5861(e)]

On October 25, 2023, in the Southern District of California, defendant MICHAEL ROMERO knowingly and unlawfully transferred a pistol with a machine gun conversion device installed, in violation of Title 26, U.S.C, Section 5861(e).

## Count 5

Possession of Cocaine with Intent to Distribute

[Title 21, U.S.C. § 841(a)(1)]

On or about October 25, 2023 within the Southern District of California, defendants MICHAEL ROMERO and MARIO NAVARRETE WILSON, did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: approximately 1219.36 grams of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count 6

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

[Title 18, U.S.C. § 924(c)]

On or about October 25, 2023, within the Southern District of California, defendant MARIO NAVARRETE WILSON, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Possession of Cocaine

with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), the crime charged in Count 5 of this complaint, did knowingly possess a firearm, that is, a non-serialized, Privately Made Firearm (PMF), 9mm, pistol; in violation of Title 18, United States Code, Section 924(c)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Erica Baasten
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and attested to under oath by telephone, in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 on this 26th day of October 2023.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

3

**PROBABLE CAUSE STATEMENT**

During my duties as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), I have learned the following information from my personal observations and having read reports prepared by other law enforcement officers. The following does not contain all the information known to me or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause for the violations alleged herein.

Training and Experience

I am currently a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since April 2021. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator's Training Program, and the ATF National Academy's Special Agent Basic Training course. As an ATF SA, I have received training in federal firearms to include investigations of persons prohibited from possessing firearms.

Introduction

Beginning in January 2023, ATF special agents received information that identified MICHAEL ROMERO aka "CARLOS" as a trafficker of firearms to include privately made firearms (PMF) within the Southern District of California. Federal agents coordinated the purchase of firearms from ROMERO utilizing an ATF confidential informant[1] (CI) and several ATF undercover agents (UC). During the investigation, ROMERO introduced KEVIN GONZALEZ-MARTINEZ as a partner and source of firearms.

DESCRIPTION OF A PRIVATELY MADE FIREARM (PMF)

Privately made Firearms (PMFs) are firearms that are not made by firearm manufacturers; instead, firearm manufactures sell individual buyers firearm parts, and the buyer uses various firearm drilling tools to construct and assemble the parts into a functional

---

[1] The confidential information received payments from ATF.

firearm. PMFs are also known as "ghost guns" because they are not serialized, and are thus, untraceable.

## NATIONAL FIREAMS REGISTRATION AND TRANSFER RECORD

Based upon my training and experience, I know that National Firearms Act (NFA) firearms are restricted firearms and other devices regulated by the NFA. These items are only sold by specially licensed Federal Firearms License (FFL) dealers with a Class 3 Special Occupational Tax permit. An FFL is a license in the United States that enables an individual or company to engage in a business pertaining to the manufacture or importation of firearms and ammunition, or the interstate and intrastate sale of firearms. To lawfully possess or transfer NFA firearms, the NFA firearm must be registered to the possessing or transferring individual in the National Firearms Registration and Transfer Record.

Moreover, according to ATF records, ROMERO has never been a licensed FFL dealer with a Class 3 Special Occupational Tax permit, and the short-barreled rifle is not registered to ROMERO in the National Firearms Registration and Transfer Record. ROMERO was, therefore, prohibited from selling the short-barreled rifle.

## DESCRIPTION OF A SHORT-BARRELED RIFLE (SBR)

A short-barreled rifle is a rifle having a barrel or barrels of less than sixteen (16) inches in length.

## MACHINEGUNS

Based upon my training and experience, and consistent with 18 USC § 5845 (b), I know that the term "machine gun" or "machinegun," means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

Machinegun Conversion Device (MCD) is a device that, when integrated with a semiautomatic firearm, will convert it to fire in fully automatic capacity. MCDs are defined as machineguns under federal law, even when not integrated with a firearm. MCDs include traditional "Drop In Auto Sears" (DIASs), which are designed for use on AR-type firearms,

and more recently developed "Switches," which are designed for use on certain semiautomatic pistols.

### JANUARY 12, 2023 - FIRST SALE OF FIREARMS FROM ROMERO
### (Count 1)

On January 12, 2023, ATF special agents organized a controlled purchase operation for the purchase of one (1) Ruger, Model LC9s, 9mm, pistol bearing serial number 329-61004 from a subject only known as "CARLOS" for $1,000. "CARLOS" who was later fully identified as ROMERO met with CI and UC in a parking lot located in the city of Escondido, California. During a recorded and surveilled meeting ROMERO sold the CI one (1) Ruger, Model LC9s, 9mm, pistol bearing serial number 329-61004 for $1,000. ROMERO was unwilling to meet with the UC directly. This transaction was audio and video recorded. Records checks determined that the Ruger, Model LC9s, 9mm, pistol bearing serial number 329-61004 was not stolen.

### June 8, 2023 - SECOND SALE OF FIREARMS FROM ROMERO
### (Count 1)

On June 8, 2023, ATF special agents organized a controlled purchase of one (1) Smith & Wesson, M&P-15, .223 caliber, rifle bearing serial number TU31051 from ROMERO for $2,200.

While under surveillance, a recorded meeting between the CI, UC, and ROMERO took place. Prior to the meeting, ROMERO informed the CI that he would be bringing two individuals with him who would be armed with firearms. Once ROMERO and the two individuals arrived, ROMERO sold the UC one (1) Smith & Wesson, M&P-15, .223 caliber, rifle bearing serial number TU31051 for $2,200. This transaction was audio and video recorded. Records checks determined that the Smith & Wesson, M&P-15, .223 caliber, rifle bearing serial number TU31051 was not stolen.

//
//
//

June 22, 2023 - THIRD SALE OF FIREARMS FROM ROMERO AND FIRST SALE OF FIREARMS FROM GONZALEZ-MARTINEZ

(Counts 1 and 2)

On June 22, 2023, ATF special agents organized a controlled purchase of one (1) un-serialized, PMF, .223/5.56, AR-15, pistol and one (1) un-serialized, PMF, 9mm, pistol from ROMERO and a Hispanic male later positively identified as GONZALEZ-MARTINEZ for $3,200 total.

While under surveillance, a recorded meeting took place between the CI, UC, ROMERO, and GONZALEZ-MARTINEZ. During the deal, ROMERO would only allow the CI to enter the vehicle with ROMERO and GONZALEZ-MARTINEZ. Once inside the vehicle with ROMERO and GONZALEZ-MARTINEZ, the CI observed GONZALEZ-MARTINEZ was armed, holding a pistol in his hand resting in his lap. ROMERO gave the firearms to the CI. The CI explained that the UC had the money and needed to see the firearms before paying for the firearms. ROMERO looked at GONZALEZ-MARTINEZ, who gave ROMERO a "nod" indicating it was okay for the CI to take the firearms to the UC. The UC inspected the firearms and provided the CI a total of $3,200 in government funds. The CI paid ROMERO and GONZALEZ-MARTINEZ the $3,200 in government funds for the two firearms. This transaction was audio and video recorded.

July 13, 2023 - FOURTH SALE OF FIREARMS FROM ROMERO AND SECOND SALE OF FIREARMS FROM GONZALEZ-MARTINEZ

(Counts 1 and 2)

On July 13, 2023, ATF special agents conducted a controlled purchase of two (2) un-serialized, PMF, .223/5.56, AR-15 rifles from ROMERO and GONZALEZ-MARTINEZ for $4,400 total.

Again, while under surveillance, a recorded meeting took place between the CI, ROMERO, and GONZALEZ-MARTINEZ. During the deal, the CI entered the rear passenger compartment of the vehicle driven by ROMERO and occupied by

GONZALEZ-MARTINEZ and one other unidentified Hispanic male. The unidentified Hispanic male then handed the CI a black bag containing the two (2) PMF rifles. The CI inspected the firearms and paid ROMERO $4,400 for the firearms. This transaction was audio and video recorded.

### JULY 25, 2023 - FIFTH SALE OF FIREARMS FROM ROMERO AND THIRD SALE OF FIREARMS FROM GONZALEZ-MARTINEZ
### (Counts 1 and 2)

On July 25, 2023, ATF special agents conducted a controlled purchase of a Mossberg, 500, 12-gauge, shotgun bearing serial number V1531590 from ROMERO and GONZALEZ-MARTINEZ for $1,300.

While under surveillance and being recorded, another meeting took place between the UC, CI, ROMERO, and GONZALEZ-MARTINEZ. Once the CI was in ROMERO's vehicle with ROMERO and GONZALEZ-MARTINEZ, ROMERO gave the CI the shotgun to take to the UC. The UC then provided the CI with $1,300 to buy the shotgun. The CI again entered ROMERO's vehicle and paid ROMERO and GONZALEZ-MARTINEZ $1,300 for the firearm. This transaction was audio and video recorded. Records checks determined that the Mossberg, 500, 12-gauge, shotgun bearing serial number V1531590 was stolen.

### AUGUST 8, 2023 - SIXTH SALE OF FIREARMS FROM ROMERO AND FOURTH SALE OF FIREARMS FROM GONZALEZ-MARTINEZ
### (Counts 1 and 2)

On August 8, 2023, ATF special agents conducted a controlled purchase of one (1) Smith & Wesson, M&P 10, .308, rifle bearing serial number KN10326, one (1) Ruger, Ranch Rifle, .223, rifle bearing serial number 580-58229, one (1) Hi-Point, C9, 9mm, pistol bearing serial number P10164452, and one (1) un-serialized, PMF, 9mm, pistol for a total of $6,800 from ROMERO and GONZALEZ-MARTINEZ.

A meeting took place between the CI, ROMERO, and GONZALEZ-MARTINEZ. Again, the CI entered ROMERO's vehicle occupied by ROMERO and

GONZALEZ-MARTINEZ. ROMERO gave the firearms to the CI who then paid ROMERO and GONZALEZ-MARTINEZ for the firearms. This transaction was audio and video recorded. Records checks determined that the Smith & Wesson, M&P 10, .308, rifle bearing serial number KN10326 and the Hi-Point, C9, 9mm, pistol bearing serial number P10164452 were stolen.

### AUGUST 16, 2023 - SEVENTH SALE OF FIREARMS FROM ROMERO
### (Count 1)

On August 16, 2023, ATF special agents conducted a controlled purchase of one (1) un-serialized, Colt, 1903, .32 caliber, pistol from ROMERO for $1,100.

Moments before the meeting between ROMERO, the UC, and the CI, ROMERO arrived at the deal location alone. The UC and the CI arrived at the deal location shortly after and parked the UC's vehicle next to ROMERO's vehicle. The UC then sat in the front passenger seat of ROMERO's vehicle. ROMERO gave the UC the un-serialized, Colt, 1903, .32 caliber, pistol and the UC inspected the firearm before paying ROMERO $1,100. This transaction was audio and video recorded.

### SEPTEMBER 25, 2023 - EIGHTH SALE OF FIREARMS FROM ROMERO
### (Counts 1 and 3)

On September 25, 2023, ATF special agents conducted a controlled purchase of one (1) un-serialized, PMF, cal. 5.56, short-barreled rifle and three (3) un-serialized, PMF, cal. 9mm, pistols.

Again, while under surveillance, a recorded meeting occurred between ROMERO, the CI, and the UC. Once ROMERO arrived at the deal location, the CI entered the front passenger seat of ROMERO's vehicle. ROMERO then sold the four (4) firearms to the UC and CI for $5,800. ROMERO also gave the CI approximately 1.8 grams of suspected cocaine and informed the CI he was able to get more of the suspected cocaine and more rifles for future purchases. This transaction was audio and video recorded.

While processing the evidence, an ATF special agent measured the barrel length of the un-serialized, PMF, cal. 5.56 rifle and found it to be nine (9) inches in length. Due to the barrel length being less than sixteen (16) inches, the rifle is a short-barreled rifle.

<u>OCTOBER 25, 2023 - NINTH SALE OF FIREARMS FROM ROMERO,</u>
<u>FIFTH SALE OF FIREARMS FROM GONZALEZ-MARTINEZ, AND</u>
<u>FIRST SALE OF COCAINE FROM MARIO NAVARRETE WILSON AND ROMERO</u>
(Counts 1, 2, 4, 5, and 6)

On October 25, 2023, ATF special agents conducted a controlled purchase of five (5) firearms from ROMERO and GONZALEZ-MARTINEZ as well as one (1) kilogram of cocaine from MARIO NAVARETTE WILSON.

Again, while under surveillance, a recorded meeting occurred between ROMERO, GONZALEZ-MARTINEZ, WILSON, and UC's. Once ROMERO and WILSON arrived at the deal location, they entered the UC's vehicle while GONZALEZ-MARTINEZ remained in a white Dodge Ram. Prior to ROMERO and WILSON getting into the UC's vehicle, GONZALEZ-MARTINEZ, told the UC's that one (1) of the un-serialized PMF pistols, is his and that it was loaded. Inside the UC's vehicle, ROMERO and WILSON provided the UC's with approximately 1219.36 grams of cocaine, three (3) pistols, one (1) of which has a machine gun conversion device installed, and two (2) rifles. Also, while in the UC's vehicle, ROMERO showed the UC's which firearm contained the machine gun conversion device and told the UC how to convert the firearm from semi-automatic to fully-automatic. The UC's confirmed the price of the cocaine with WILSON, and ROMERO stated that he would be making money from the sale of the cocaine. The UC's began counting and providing the funds for the aforementioned items. During this, ROMERO, GONZALEZ-MARTINEZ, and WILSON were arrested by ATF agents. During the arrest, WILSON was found to have a loaded firearm in his waistband. After the arrest, the suspected cocaine tested presumptive positive for cocaine.