```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```


FILED
Nov 08 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/STN    DEPUTY

                      June 2022 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '23 CR2332 JO |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 922(a)(1)(A), 923(a), 924(a)(1)(D) - Engaging in the Business of Dealing Firearms Without a License; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Cocaine; Title 26, U.S.C., Sec. 5861(e) - Transfer of Firearm in Made in Violation of National Firearm Act; Title 21, U.S.C., Sec. 841(a)(1) - Possession with intent to Distribute Cocaine; Title 18, U.S.C., Sec. 924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| MICHAEL ROMERO (1), KEVIN GONZALEZ-MARTINEZ (2), MARIO NAVARRETE WILSON (3), | |
| Defendants. | |

The grand jury charges:

Count 1
Engaging in the Business of
Dealing Firearms Without a License
[18 USC §§ 922(a)(1)(A), 923(a), 924(a)(1)(D) & 2]

Beginning on a date unknown to the grand jury and continuing until at least October 25, 2023, within the Southern District of California, defendants MICHAEL ROMERO and KEVIN GONZALEZ-MARTINEZ, not being licensed as an importer, manufacturer, or dealer of firearms, willfully

ETC:cms(nlv):San Diego:11/8/23

engaged in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and Title 18, United States Code, Section 2.

## Count 2
### Conspiracy to Distribute Cocaine
[21 USC §§ 841(a)(1) and 846]

Beginning on a date unknown to the grand jury and continuing up to and including October 25, 2023, within the Southern District of California, defendants MICHAEL ROMERO and MARIO NAVARRETE WILSON did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury to distribute 500 grams and more, to wit: approximately 1219 grams of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 3
### Transfer of a Firearm Made in Violation of the National Firearms Act (NFA)
[26 USC § 5861(e)]

On September 25, 2023, within the Southern District of California, defendant MICHAEL ROMERO knowingly and unlawfully transferred a rifle with a barrel measuring less than sixteen (16) inches in length; in violation of Title 26, United States Code, Section 5861(e).

## Count 4
### Transfer of a Firearm Made in Violation of the National Firearms Act (NFA)
[26 USC § 5861(e) & 18 USC § 2]

On October 25, 2023, within the Southern District of California, defendants MICHAEL ROMERO and KEVIN GONZALEZ-MARTINEZ knowingly and unlawfully transferred a pistol with a machine gun conversion device installed; in violation of Title 26, U.S.C, Section 5861(e), and Title 18, United States Code, Section 2.

Count 5
Transfer of a Firearm Made in Violation
of the National Firearms Act (NFA)
[26 USC § 5861(e) & 18 USC § 2]

On October 25, 2023, within the Southern District of California, defendants MICHAEL ROMERO and KEVIN GONZALEZ-MARTINEZ knowingly and unlawfully transferred a rifle with a barrel measuring less than sixteen (16) inches in length; in violation of Title 26, United States Code, Section 5861(e), and Title 18, United States Code, Section 2.

Count 6
Possession with Intent to Distribute Cocaine
[21 USC § 841(a)(1) & 18 USC § 2]

On or about October 25, 2023 within the Southern District of California, defendants MICHAEL ROMERO and MARIO NAVARRETE WILSON, did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: approximately 1219 grams of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 7
Possession of a Firearm in
Furtherance of a Drug Trafficking Crime
[18 USC § 924(c)(1)]

On or about October 25, 2023, within the Southern District of California, defendant MARIO NAVARRETE WILSON, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1), the crime charged in Count 6 of this Indictment, did knowingly possess a firearm; all in violation of Title 18, United States Code, Section 924(c)(1).

//

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 7 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one and more of the offenses alleged in Counts 6 and 7 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant MARIO NAVARRETE WILSON, shall forfeit to the United States any and all property constituting, and derived from any proceeds defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 6 and 7 of this Indictment. The property to be forfeited includes, but is not limited to: (1) one 9mm pistol bearing no serial numbers or manufacturing markings; (2) ten rounds of 9mm ammunition; (3) one 10-round magazine; and (4) approximately $710 U.S. currency.

3. Upon conviction of one and more of the offenses alleged in Counts 2, 6, and 7 of this Indictment, defendant MARIO NAVARRETE WILSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 18 United States Code, Section 934, all firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to the following: (1) one 9mm pistol bearing

no serial numbers or manufacturing markings; (2) ten rounds of 9mm ammunition; and (3) one 10-round magazine.

4. If any of the above-described forfeitable property, as a result of any act or omission of defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: November 8, 2023.

A TRUE BILL:

TARA K. MCGRATH
United States Attorney

By: _____
    EDWARD CHANG
    Assistant U.S. Attorney

5